■ In the Matter of the Accounting of PHILIP M. BRETT et al., as Trustees under the Will of MARGARET D. BISHOP, Deceased, Respondents. ELIZABETH T. GARDNER et al., Appellants; WEST FIFE HOSPITALS BOARD OF MANAGEMENT

et al., Respondents.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Concur — Breitel, J. P., Botein, Rabin and Bergan, JJ. [See 1 A D 2d 612.]